U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

NOV 1 5 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

ORAY SAVOIE                                CIVIL ACTION NO: 6:12-CV-3058

VERSUS                                     JUDGE REBECCA DOHERTY

WESLEY HAYES, ET AL                        MAGISTRATE PATRICK J. HANNA

---

## RULE 26(f) REPORT - PHASE II

1.   **Expert Witnesses:**

**Plaintiff:**

a.   Ms. Stephanie Chalfin - Ms. Chalfin will testify as a vocational rehabilitation expert, regarding plaintiff's pre-accident employment, and post-accident employability and vocational aptitude.

b.   G. Randolph Rice - Mr. Rice will testify as an expert economist, regarding plaintiff's past lost earnings, benefits and meals, as well as any and all future lost earnings or earning capacity, benefits and meals.

c.   Any and all other expert witnesses which may be identified through the discovery process.

d.   Any and all expert witnesses identified by any other party in this litigation

**Defendants:**

Defendants were just recently advised of the plaintiff's expert witnesses. No experts have been retained as of this date.

2.   **Treating Physicians**

a.   Dr. Ilyas Munshi - Dr. Munshi may testify as to injuries suffered by plaintiff as a result of the accident at issue, as well as any and all past medical treatment, present medical treatment and future medical treatment, future medical restrictions and limitations as well as total medical expenses incurred by plaintiff.

b.   Dr. Joseph Bozelle - Dr. Bozelle will testify as to the injuries suffered by plaintiff, as well as any and all present and future medical treatment, future medical restrictions and/or limitations.

c.   A representative of Our Lady of Lourdes Regional Medical Center- A duly authorized representative of Our Lady of Lourdes Regional Medical Center will testify as to the medical treatment rendered to plaintiff for the accident made the basis of this lawsuit.

d.   A representative of Acadian Ambulance- a representative of Acadian Ambulance will testify as to the imaging studies and results thereof taken of plaintiff.

e.   A representative of Iberia Medical Center - a representative of Iberia Medical Center will testify as to the medical treatment rendered to plaintiff for the accident made the basis of this lawsuit

f.   Any and all other health care providers, which have and/or may provide medical treatment to plaintiff during the course of this matter.

3.   **Duration of Trial:**

The parties estimate the length of trial to three (3) to four (4) court days.

4.   **Anticipated Dispositive Motions**

a.   Plaintiff:   None at this time.

b.   Defendant:   None anticipated.

5.   **Affirmation of Settlement Discusdion:**

The parties would submit that they held telephonic settlement discussions on Friday, November 1, 2013, and were unable to reach a resolution on settlement of this matter as discovery is ongoing.

The parties have discussed the scheduling of a private and/or magistrate mediation within the Courts deadlines for settlement resolution of this matter. No private or Magistrate mediation has been scheduled at this time.

6. **Electronic Courtroom:**

The parties do not anticipate that this case will be document intensive. The parties are aware that documents and/or exhibits are generally presented to the jury by the use of the "Visual Presenter" or a CD-ROM, and, if necessary, counsel will be prepared to use these methods. In the event that the matter does become document intensive, all parties agree to place documents on a CD Rom, and deliver the CD Rom to he courtroom deputy, at lease one week prior to the trial, as required by this Honorable Court.

7. **Certification:**

This will confirm that nothing has changed since the parties' Rule 26(f) - Phase I report was filed. Additionally, the parties certify that the report is accurate and complete.

**I HEREBY CERTIFY THAT THE FOREGOING IS ACCURATE AND COMPLETE.**

_____   _____11/7/13_____
JOSEPH F. GAAR, JR.         DATE
JASON M. WELBORN
WILLARD P. SCHIEFFLER
LUCAS S. COLLIGAN
JACOB H. HARGETT

_____   _____11-7-13_____
FRED SCHROEDER          DATE