UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ORAY SAVOIE | CIVIL ACTION NO. 6:12-CV-03058-RFD-PJH |
| VS. | JUDGE DOHERTY |
| THE IBERIA PARISH CORRECTIONAL FACILITY, WARDEN WESLEY HAYES, SHERIFF LOUIS ACKAL, THE IBERIA PARISH CORRECTIONAL FACILITY AND JOHN DOE | MAGISTRATE HANNA |

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, ORAY SAVOIE, who hereby moves to dismiss the above-captioned matter with prejudice as the claim has been settled to the satisfaction of all parties.

Respectfully submitted,

s/Jason M. Welborn
JOSEPH F. GAAR, JR. (#16927)
JASON M. WELBORN (#26548)
LUCAS S. COLLIGAN (#31761)
617 S. Buchanan Street
Lafayette, Louisiana 70501
Telephone: (337) 233-3185
Facsimile: (337) 233-0690
Attorneys for Plaintiff,
ORAY SAVOIE

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of April, 2014, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

s/Jason M. Welborn